**<u>Exhibit 16</u>**

**AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK                                INDEX NO.:  162082/2018

---

ICICI BANK UK PLC ANTWERP BRANCH,

                 Plaintiff,

      -against-

SALIL MANILAL,

                 Defendant.

---

## AFFIRMATION OF EXIGENT CIRCUMSTANCES

---

**ADAM FINKEL,** an attorney duly licensed to practice law in the State of New York, hereby affirms under penalty of perjury:

1.       I am a member of the bar of the State of New York and a partner at the law firm Sabharwal & Finkel, LLC, the attorneys for the Plaintiff ICICI BANK UK PLC ANTWERP BRANCH ("ICICI") in the above-captioned action. I am fully familiar with the facts heretofore had herein, and I make this affirmation of exigent circumstances in support of Plaintiff's motion to confirm the *ex parte* order of attachment, granted herein on February 27, 2019 (the "Attachment Order"), and to demonstrate the need for an order to show cause to be entered by this Court on or before April 1, 2019.

2.       In conformance with CPLR 6211 (b), the Attachment Order provides that "within a period not to exceed five days after the levy . . . the plaintiff shall move, on such notice as the Court shall direct to the defendant, the garnishees, if any, and the Sheriff, for an order confirming the Order of Attachment."

1

3.      The Attachment Order was delivered to the Sheriff of the County of New York (the "Sheriff) on Friday, March 22, 2019.   On Tuesday, March 26, 2019, the Sheriff duly served the New York County Clerk with Notices of Attachment, thereby levying the real property of the Defendant located at 240 East 47th Street, Apt. 14B, New York, New York, 10017; 240 East 47th Street, Apt. 14C, New York, New York, 10017; and 240 East 47th Street, Apt. 14D, New York, New York, 10017.

4.      Therefore Plaintiff has until the April 1, 2019, to move to confirm the order of attachment. However, in order to do this it must obtain an order signed by the Court, directing the type of notice which Plaintiff must give to the Defendant and the Sheriff. In the current circumstances that means we have only a few days to move, and therefore we require an order from the Court on or before April 1, 2019, directing the type of notice that must be used on this motion to confirm.

Dated: New York, New York
        March 29, 2019


                        SABHARWAL & FINKEL, LLC


                        By:____/s/ Adam Finkel_____
                             Adam Finkel

2