# Exhibit 53

**STIPULATION - BRIEFING SCHEDULE**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------------X
ICICI BANK UK PLC ANTWERP BRANCH,

       Plaintiff,

    - against -

SALIL MANILAL,

       Defendant.
-----------------------------------------------------------------X

Index No. 162082/18

**STIPULATION OF ADJOURNMENT**

**IT IS HEREBY STIPULATED** by and between the undersigned that:

1. The parties' respective motion and cross-motion, currently returnable on June 3, 2019, are adjourned to July 12, 2019, on consent.

2. Defendant shall serve a reply on his cross-motion no later than July 11, 2019, *via* electronic filing on NYSCEF.

3. Facsimile or electronic signatures shall be deemed as originals for the purposes of this stipulation. This Stipulation may be filed by counsel for either party without further notice.

Dated: New York, New York
        May 30, 2019

| ANDERSON KILL P.C. | SABHARWAL & FINKEL LLC |
|---|---|
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| By: Andrew J. Wagner, Esq.<br>1251 Avenue of the Americas<br>New York, New York 10020<br>Tel. (212) 278-1085 | By: Adam Finkel, Esq.<br>250 Park Avenue, 7th Floor<br>New York, New York 10177<br>Tel. (561) 702-9930 |

docs-100131052.1