## **Exhibit 101**

## **STIPULATION - BRIEFING SCHEDULE**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------------X
ICICI BANK UK PLC ANTWERP BRANCH,

        Plaintiff,                                 Index No. 162082/18

    - against -

SALIL MANILAL,                              **STIPULATION OF**
                                                            **ADJOURNMENT**
        Defendant.
---------------------------------------------------------------X

**IT IS HEREBY STIPULATED** by and between the undersigned that:

    1.    The pending motions in this action which have not yet been fully submitted [Mot. Seqs. 003, 004, and 006] are adjourned to October 17, 2019.

    2.    Plaintiff shall file its reply/opposition on its motion to appoint a receiver and on Defendant's cross-motion to vacate the order of attachment [Mot. Seq. 003] no later than October 8, 2019;

    3.    Defendant shall file its reply on its cross-motion to vacate the order of attachment [Mot. Seq. 003] no later than October 16, 2019;

    4.    Defendant's filing of its reply on its cross-motion [Mot. Seq. 003] shall be without prejudice to Plaintiff's objection to the submission of such reply, and any of Plaintiff's substantive objections or responses. Plaintiff shall be permitted to raise such objections (both procedural and substantive) at oral argument for subsequent determination by the Court;

    5.    Plaintiff shall file its replies on its pending motions to supplement the record [Mot. Seq. 004] and to amend the notice of motion and for other relief [Mot. Seq. 006] by no later than October 16, 2019;

6. All pending motions which have not yet been argued [Mot. Seqs. 001, 003, 004, and 006] shall be calendared for oral argument on October 24, 2019, at 10:00 a.m., or as soon thereafter as counsel may be heard;

7. This stipulation may be executed in counterparts with facsimile or electronic signatures deemed as originals for the purposes of this stipulation, and, upon execution, may be filed without further notice by either party to be "so ordered" by the Court.

Dated: New York, New York
       September 5, 2019

| ANDERSON KILL P.C. | SABHARWAL & FINKEL LLC |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

By: Andrew J. Wagner, Esq.
1251 Avenue of the Americas
New York, New York 10020
Tel. (212) 278-1085

_/s/Adam Finkel_
By: Adam Finkel, Esq.
250 Park Avenue, 7th Floor
New York, New York 10177
Tel. (561) 702-9930

SO ORDERED.

Hon. W. Franc Perry, J.S.C.

docs-100195794.1